In the Matter of THEODORUS BAILEY, Respondent, *v.* ROBBINS S. RUTHERFORD, Appellant.

(Submitted September 27, 1926; decided September 28, 1926.)

Motion to amend remittitur denied, without costs. (See 242 N. Y. 220, 570.)